# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0242
LT Case No. 55-2025-CA-1394

_____

ELIZABETH MARIE COLLINS,

    Petitioner,

    v.

SEAN CHRISTOPHER COLLINS,

    Respondent.

_____

Nonfinal appeal from the Circuit Court for St. Johns County.
Kenneth J. Janesk, II, Judge.

Elizabeth Collins, Palm Coast, pro se.

Scott R. Ellerin, of Fletcher & Phillips, Jacksonville, for
Respondent.

April 21, 2026

PER CURIAM.

Elizabeth Collins petitions for a writ of certiorari seeking
relief from a nonfinal order denying her motion to disqualify
Respondent's trial counsel and similar relief from a separate,
contemporaneously-entered nonfinal order staying the underlying
action.

Pursuant to Florida Rule of Appellate Procedure 9.040(c), we treat Collins's petition regarding the order denying her motion for disqualification of Respondent's trial counsel as an interlocutory appeal[1] and affirm without further discussion.

The petition for writ of certiorari regarding the stay order is dismissed.

AFFIRMED, in part; DISMISSED, in part.

JAY, C.J., and LAMBERT and EDWARDS, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

---

[1] We have jurisdiction under Florida Rule of Appellate Procedure 9.130(a)(3)(E), which permits appeals to the district courts of appeal of nonfinal orders that "grant or deny a motion to disqualify counsel."